UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CARIN WOLKENBERG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:11-cv-02507 ) |
| MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. an Illinois corporation; HAROLD DEMBO, an individual; and MICHAEL WOLFE, an individual, | ) Judge Marvin E. Aspen ) ) Magistrate Judge Sheila M. Finnegan ) ) |
| Defendants. | ) |

## JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT

Defendants, Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), Harold Dembo and Michael Wolfe (collectively referred to as "Defendants") and Plaintiff Carin Wolkenberg (collectively "the Parties"), by and through their respective attorneys, jointly move for the Court to approve the settlement entered between the parties. In support of the motion, the parties state as follows:

1. Plaintiff Carin Wolkenberg filed a complaint in the Circuit Court of Cook County against Defendants alleging, among other claims, a claim under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, arising out of her former employment with Much Shelist.

2. Defendants timely removed this action from the Circuit Court of Cook County on April 13, 2011.

3. Following negotiations between counsel for Defendants and counsel for Plaintiff, the parties have reached a mutually satisfactory settlement.

4. When employees bring a private action against their employer or former employer for back wages under the FLSA, and the parties present to the district court a proposed settlement, the district court may dismiss the case after scrutinizing the settlement to insure that it is a fair and reasonable resolution of a bona fide dispute over wages under the FLSA. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); see also *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986).

4. Submitted herewith for *in camera* inspection is the Confidential Settlement Agreement and General Release entered into between Defendants and Plaintiff.

5. The parties request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of bona fide disputes over wages under the FLSA.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA.

| | |
|---|---|
| By: /s/ Ruth I. Major | By: /s/ Nadine C. Abrahams |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |
| | |
| Ruth I. Major | Nadine C. Abrahams |
| Laura Rawski | Stephanie E. Handler |
| The Law Offices of Ruth I. Major, PC | Jackson Lewis LLP |
| 30 W. Monroe | 150 N. Michigan Ave. |
| Suite 1650 | Suite 2500 |
| Chicago, Illinois 60603 | Chicago, Illinois 60601 |